are irrelevant, since the decision of the district court is

AFFIRMED.

UNITED STATES of America,
Plaintiff—Appellee,

v.

Cruz INIGUEZ, aka Cruz Iniguez Garcia, Manuel Martinez, and Cruz Garcia Iniguez, Defendant—Appellant.

United States of America,
Plaintiff—Appellant,

v.

Cruz Iniguez, aka Cruz Iniguez Garcia, Manuel Martinez, and Cruz Garcia Iniguez, Defendant—Appellee.

Nos. 01–50553, 01–50629.

United States Court of Appeals,
Ninth Circuit.

Filed Feb. 18, 2004.

Miriam A. Krinsky, Asst. U.S. Atty., USLA–Office of the U.S. Attorney, Los Angeles, CA, Linda M. Aouate, USSA–Office of the U.S. Attorney, Santa Ana, CA, for Plaintiff–Appellee.

Gary P. Burcham, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, Chief Judge.

### ORDER

SCHROEDER, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be heard by the en banc court pursuant to Circuit Rule 35–3.

UNITED STATES of America,
Plaintiff–Appellant,

v.

Elisa RODRIGUEZ–GONZALES,
Defendant–Appellee.

No. 02–50594.

United States Court of Appeals,
Ninth Circuit.

Argued Aug. 4, 2003.

Submitted Feb. 11, 2004.

Filed Feb. 19, 2004.

